# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

IN THE MATTER OF THE ESTATE OF
IRA J. SANDERS, DECEASED,
RUTHER SANDERS, ADMINISTRATOR                                    **PLAINTIFF**

v.                                           CIVIL ACTION NO. 4:10cv108-TSL-LRA

STAFF CARE, INC.                                                 **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Ruther Sanders, on behalf of the Estate of Ira J. Sanders, by and through counsel and pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, and submits this, her Stipulation of Dismissal with Prejudice to operate as an adjudication on the merits.  Ruther Sanders, as Administrator of the Estate of Ira J. Sanders, hereby expresses the unequivocal desire that any and all claims alleged by or on behalf of said Estate against the Defendant herein, Staff Care, Inc, be fully and finally dismissed with prejudice. Counsel for Staff Care, Inc., the only other party having appeared in this action to-date, has stipulated and assented to said expression as well as its intended force and effect as indicated by electronic signature below.

This the 20th day of June, 2011.

        Respectfully submitted,

        RUTHER SANDERS, ADMINISTRATOR OF
        THE ESTATE OF IRA J. SANDERS,
        DECEASED.

        BY: /s/ JAMES M. MARS, II
            JAMES M. MARS, II

OF COUNSEL:

JAMES M. MARS, II
MARS, MARS AND CHALMERS
P.O. Box 612
Philadelphia, MS 39350
**jmm2@mmclaw.net**

FOLLETT CARTER ATTORNEYS
P.O. Box 406
Meridian, MS  39302
**wb_carter@bellsouth.net**


Agreed to:

STAFF CARE, INC.

BY: /s/ SHELLY G. BURNS
        SHELLY G. BURNS



### CERTIFICATE OF SERVICE

I do hereby certify that I have this date electronically filed a true and correct copy of the above and foregoing document with the Clerk of the Court using the EFC system which sent notification of such filing to the following:

Shelly G. Burns
P.O. Box 750
Jackson, MS  39205
**sburns@curriejohnson.com**

THIS, the 20th day of June, 2011.

/s/ JAMES M. MARS, II
    JAMES M. MARS, II

2